ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for UNITED STATES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1; JANE DOE 2; and JANE DOE 3,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY MEDICAL CENTERS, INC.; and ANDY YONGDE ZHU,<br><br>Defendants. | CASE NO. 2:25-mc-00277-DJC-JDP<br><br>**JOINT STIPULATION FOR BRIEFING SCHEDULE; ORDER** |

Pursuant to this Court's order allowing the Parties to obtain an alternate hearing date and stipulate to an alternate briefing schedule for the Petition filed on behalf of Petitioner Andy Yongde Zhu, M.D, counsel for the United States, and counsel for Petitioner (collectively "the Parties"), respectfully jointly request this Court adopt the briefing schedule described in this Joint Stipulation. (ECF 1, 2.) In support of this Joint Stipulation, the Parties state as follows:

1. Petitioner Andy Yongde Zhu, M.D., filed a petition against the United States under 28 U.S.C. § 2679(d)(3). The court issued an order setting a hearing on October 16, 2025 in Courtroom 7 at 1:30 p.m. That order allowed the parties to discuss alternative dates for the hearing and agree to an alternate briefing schedule. (ECF 2).

1

2. The Parties agree that counsel for the United States is unavailable for the hearing currently set for October 16, 2025, and the Parties agree to the alternate hearing date of November 6, 2025, at 1:30 p.m. in Courtroom 7. The Parties received this alternate date from the courtroom deputy as one on which the Court is available.

3. The Parties further agree that the United States' response to the Petition will be due on October 2, 2025, and Petitioner's reply will be due on October 12, 2025.

4. The Parties submit that good cause exists for the dates agreed to amongst counsel to allow for a meaningful hearing on the Petition.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Stipulation that:

1. The United States' opposition to the Petition be filed on October 2, 2025;

2. Petitioner's reply be filed on October 12, 2025; and

3. The hearing on the Petition be held in-person on November 6, 2025, at 1:30 p.m. in Courtroom 7.

Respectfully submitted,

Dated: September 9, 2025

ERIC GRANT
United States Attorney

By: /s/ *Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Dated: September 9, 2025

BRETT SCHOEL
VANESSA R. CORNEJO
LaFollette, Johnson, DeHass, Fesler & Ames

By: /s/ *Vanessa R. Cornejo*
VANESSA R. CORNEJO
Counsel for Petitioner

**ORDER**

For good cause showing, it is hereby ordered that:

1. The United States opposition to the Petition be filed on October 2, 2025;

2. Petitioner's reply be filed on October 12, 2025; and

3. The hearing on the Petition be held in-person on November 6, 2025, at 1:30 p.m. in Courtroom 7.

Dated:  September 9, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE